IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSE RAYMOND RUTLEDGE,

    Petitioner,

v.                                      CASE NO. 4:07cv471-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 21) and the objections (document 22). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is DENIED WITH PREJUDICE." The clerk must close the file.

SO ORDERED on April 2, 2009.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge